# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JASON BEAM AND HIS WIFE, KRISTIE BEAM, | : No. 206 WAL 2014 |
| | : |
| | : |
| Respondents | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| THIELE MANUFACTURING, LLC, | : |
| FORMERLY KNOWN AS THIELE INC., | : |
| FORMERLY KNOWN AS TYT HOLDING, | : |
| INC., | : |
| | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.